August 14, 2010

JACKSON = Gary Jackson
HANSBERRY = David Hansberry
WATSON = Bryan Watson
LEAVELLS = Arthur Leavells
HERBERT = LaVondria Herbert
SUE = SUE (LNU)


| | |
|---|---|
| LEAVELLS: | Hey, we had to come up two at a time. |
| JACKSON: | Alright. This is my cousin. |
| LEAVELLS: | How you doing? |
| JACKSON: | Check this out, I just wanted you all to know that she's a sheriff, you know what I'm trying to say? |
| SUE: | Right. |
| JACKSON: | 'Cause them, watching it, you know what I'm saying?  All right.  You Sarge? |
| UM: | No, they're coming down, they coming up. |
| JACKSON: | Oh, okay, what's up? |
| LEAVELLS: | We can't ride around with that much, they on their way up. |
| JACKSON: | Okay. |
| LEAVELLS: | (Unintelligible). A lot of people coming in like that? |
| JACKSON: | Oh, it ain't nothing to me.  You want the T.V. on or off? |
| LEAVELLS: | You can leave it off. |
| JACKSON: | Oh. |
| LEAVELLS: | You can meet that goal, that, that, elevator.  Man, that's the fastest anybody's got that money. |
| UM: | Ever, I never seen it, never (unintelligible) like this.  I ain't never, they always screwing up with the money. |
| JACKSON: | Well, it's who you know? |
| (Laughs) | |

GOVERNMENT
EXHIBIT
722A

0722A_001

JACKSON:     I keep trying to tell you who you know? Just leave it alone, listen, man, I'm trying to tell you, I'm just being real, man. 'Cause Benny, that's my wife's cousin. You see what I'm trying to say? I got a son at ICE, I got a daughter at U.S. Customs, they just don't, bro, I, it ain't all that, man. It's just, you see what I mean? They don't deal with their daddy. They like this. I mean they call it daddy but they can't, you know what I mean? She fitting to be F.B.I. She gonna go to the what the name? They send her, send her back down, she had her training in Georgia. So, she going all the way, you see what I'm saying, so?

UM:          You got the, uh, . . .

JACKSON:     Come on. Hold on one second.

LEAVELLS:    Here or?

JACKSON:     No, we cool. Here, let me open the door. See, now this the whole thing. I don't normally talk about that. You know what I'm trying to say? I'll get you guys here set up, then you know, you know, he told me to my, what it is, like working for (unintelligible) or something like that? I mean, I'll talk to him, you know what I'm saying? (Unintelligible) And this is on a real deal. I don't have guidelines no more. Um, my people ain't talking to me. All there is, I need to secure my family. You and me, (unintelligible) that's all I'm saying. Hey, how you all doing? Let me help him.

HANSBERRY:   Everything good?

JACKSON:     Yeah, everything good.

HANSBERRY:   Alright.

JACKSON:     Uh, come on, let's go.

             (Pause for approximately ten seconds)

JACKSON:     Huh?

HERBERT:     How are you?

JACKSON:     How you doing? You all right?

HANSBERRY:   Yeah, how you doing?

JACKSON:     That's my cousin.

HANSBERRY:   Huh?

0722A_002

JACKSON:      Sue, Sue.

HANSBERRY:  Okay.

SUE:           (unintelligible)

HANSBERRY:  I guess you comfortable so hey, that (unintelligible), you comfortable, right?

JACKSON:      Yeah.  No, she . . .

HANSBERRY:  I don't want you uncomfortable.

JACKSON:      No, I'm just like, I told them, she sheriff . . .

LEAVELLS:     On this, this is a, (unintelligible).

UM:            Let me, uh, . . .

JACKSON:      You want me to shut it?

LEAVELLS:     This is my boss right here . . .

JACKSON:      Alright.

HANSBERRY:  . . . to take care of things.  And, so, as you talk to me, just allow me, we got to go through . . .

JACKSON:      Okay.

HANSBERRY:  . . . the motion and everything will be fine.

JACKSON:      All right.

UM:            Sweet, (unintelligible)

HANSBERRY:  (unintelligible)

(non-pertinent background conversation for approximately twenty seconds)

UM:            I'm saying (unintelligible) you want.

JACKSON:      Go ahead.

HANSBERRY:  That's all you, man.  This is, uh, two-hundred and fifty thousand.  There's a hundred thousand a piece, fifty in each one of these.  I just counted like ten minutes ago.

JACKSON:      Oh, you counted everything?

0722A_003

HANSBERRY:     Yeah, look, each one of these got, uh, ten thousand dollars.

JACKSON:       Okay.

HANSBERRY:     All right, so you run it through, all right, and you should have a hundred, you
               know, a hundred times ten, ten-thousand, and the total should be twenty-five.
               You should have twenty-five of these. Two-hundred fifty grand. It shouldn't
               take you no longer than, try not to...

HERBERT:       Don't put it in, not like that.

HANSBERRY:     It depend on how you want to do it. My money gonna be all over the place if
               you take all those.

HERBERT:       Right.

               (Pause)

               *Money counting machine starts at 4:52

               *Money counting machine stops at 4:56

HANSBERRY:     Hold on, you got to set it up like this. This another one?

JACKSON:       Yeah, this is brand new.

HANSBERRY:     Yeah, that's it right there.

JACKSON:       It has a light push.

               *Money counting starts again at 5:01

               *Money counting machine stops at 5:13

SUE:           That's the real thing.

HANSBERRY:     You look like you know what you're doing with that.

JACKSON:       Ah, no, man, I don't know nothing, man, about this.

               (Laughs)

JACKSON:       I don't know nothing about that, man.

WATSON:        You read the instructions yourself. Even a caveman could do it.

               *Money counting starts again at 5:31

               *Money counting machine stops at 5:47

0722A_004

HANSBERRY: One, one, one of them gonna, one of them gonna have ninety-nine, you keep that to the side.

HERBERT: Yeah, one of them going to have one-o-one.

HANSBERRY: One gonna have ninety-nine and one gonna have one-o-one.

JACKSON: Okay.

HERBERT: Yeah, and it's in that stack there. It's in one of those.

HANSBERRY: Take that one and then put it to the side.

> *Money counting starts at 6:00

> *Money counting stops at 6:09

JACKSON: That's the one-hundred?

HANSBERRY: That's the one-o-one.

HERBERT: That's the one-o-one. So, the one-hundred should be in there, (unintelligible), you just set it like this.

> (Pause)

> *Money counting starts at 6:28

> *Money counting stops at 7:19

JACKSON: I missed that.

HERBERT: (unintelligible)

HANSBERRY: I would, uh, like you said, it's (unintelligible).

JACKSON: Huh, just wait, yeah.

HANSBERRY: I'm with you (unintelligible). That's the most important thing, (unintelligible).

> *Money counting starts at 7:39

> *Money counting stops at 8:26

HANSBERRY: All you got to do.

> Money counting starts/stops 8:28

JACKSON: Right there.

0722A_005

HANSBERRY:  Just set it up there, you don't got to do nothing else, it'll catch.

> \*Money counting starts at 8:30

> \*Telephone rings/\*Money counting stops at 8:36

JACKSON:  Call you later.

> Money counting starts/stops at 8:44

HANSBERRY:  I'll show you a little trick. Take it, loosen it up a little bit, bend it a little bit, and all you got to do is, it'll catch it.

\*Money counting starts at 8:55

\*Money counting stops at 9:01

HANSBERRY:  You keep, what's happening is, you trying to angle it and it's catching too many.  All you got to do is set it up there flush, take your thumb to it a couple times, yep, take your thumb to it a couple times ...

> \*Money counting starts at 9:14

> \*Money counting stops at 9:21

LEAVELLS:  You need to fan, fan it like this.

HANSBERRY:  Let me see, watch this, watch me, check it out. See what's happening, let me show you exactly what's happening, you doing it like this, (runs some money through), you won't catch it like that.  All you got to do is set it right here.

\*Money counting starts at 9:31

JACKSON:  It's a new machine.

HANSBERRY:  Mm-hmm.  I don't know, this new?

> \*Money counting stops at 9:46

HERBERT:  That's his.  He got the exact same one.

UM:  Four.

JACKSON:  Okay.

HANSBERRY:  Oh, you brought this?

HERBERT:  Yeah, he had this out, he set it up here.

0722A_006

(Laughs)

HERBERT:       Ours, ours is doing the same thing.

HANSBERRY:  We got the same one.

JACKSON:       Oh, do you all got the same one?

HANSBERRY:  That's why I'm thinking it's ours.

JACKSON:       Yeah, yeah, no, no, it's just, it's just trying to break in, man.

HERBERT:       It's like stuff is sticking on there, you just got to lay it down on there.

JACKSON:       Yeah.

UM:                Lay it flat.

HERBERT:       Yep, just lay it and it'll catch.

HANSBERRY:  When the (unintelligible) hit the green button then it will work for sure.

*Money counting starts at 10:11

JACKSON:       Oh, see, I got the same machine, you know.

                    *Money counting stops at 10:36

JACKSON:       See how it goes.

                    *Money counting starts at 10:44

                    *Money counting stops at 11:05

HERBERT:       Push the restart and spread it out.

                    *Money counting starts at 11:12

JACKSON:       Excuse me.

                    *Money counting stops at 12:02

                    (Pause for approximately ten seconds)

JACKSON:       It's ten.

HERBERT:       Yep.

                    *Money counting starts at 12:20

*Money counting stops at 14:57

(Pause for approximately thirteen seconds)

HERBERT:      Are you stacking another one? One, two, three, four, five, six, seven, eight, nine, ten.  One, two, three, four, five, six, and six on there, that's why.

JACKSON:      Yeah, when I counted it the first time.

HERBERT:      Yeah.

JACKSON:      That's how I knew.  That's, I just double counted that.

HERBERT:      Mm-hmm.

JACKSON:      All right.

HERBERT:      One, two, three, four, five. One, two, three, four, five, six, seven, eight, nine, ten.

(Pause for approximately fourteen seconds straightening up money)

HERBERT:      One, two, three, four, five, six, seven, eight, nine, ten.

(Pause for approximately nine seconds straightening up money)

JACKSON:      You want me to sign it?

LEAVELLS:     It's just saying that it's a bonus payment.  So, that, and then your signature right there.

JACKSON:      A real signature?

LEAVELLS:     Mm-hmm.

HANSBERRY:    Let me tell you something.  You want to make sure that everything on here is accurate, all right?  Let me tell you, say you get pulled over leaving here.

JACKSON:      Right.

HANSBERRY:    This is your proof that this is legal money.

JACKSON:      Okay.

HANSBERRY:    All right, so you want to make sure everything is your real signature, everything got your real name.

JACKSON:      Right.

Page **8** of **32**

HANSBERRY: Everything, because if any law enforcement agency ever come in contact with you, and you got over, you know, twenty or thirty thousand dollars, you know they're going to take it.

JACKSON: Right, that's why I got . . .

HANSBERRY: Yeah, but as long as you had this . . .

JACKSON: Right.

HANSBERRY: . . . this paperwork right here, you know, you covered.

JACKSON: Okay.

HANSBERRY: Okay, so we want to make sure that's accurate, okay?  Because that's your receipt, that's your proof.

JACKSON: Okay.

HANSBERRY: That looks like your paycheck almost, so to speak.  Look, look at that as a paycheck.

JACKSON: All right.

HANSBERRY: All right?

LEAVELLS: He don't need a copy of this one.

HERBERT: No, he good.

HANSBERRY: You don't need a copy, we'll have it.

HERBERT: Yeah, he trying to get if something happens.

HANSBERRY: We know how to get in contact with you if something happens.

HERBERT: Sign this too for me.  Just sign it, uh, this one over here.  Okay, let me see.

JACKSON: Oh.

HERBERT: So you don't . . .

LEAVELLS: This just the amount written out, your number, it's a bonus payment.

JACKSON: Okay.

LEAVELLS: Oh, I got to get your signature on that.  You only got to sign the top sheet.

(Pause for approximately thirty seconds)

0722A_009

(Non-pertinent background conversation as GJ is signing at 18:03 for approximately twenty-two seconds)

[18:22]

JACKSON:        Right there.

HANSBERRY:   You go and put on there today, that's good.

LEAVELS:        It's just showing that we gave it to you.

JACKSON:        I mean I know how to do that too, man.

SUE:                 (Unintelligible) with me too so I have it on my person.   Yeah, that's good.

LEAVELLS:     Can't nobody say that you, you ain't get it.  They can look at that, run it through, uh, the system.

JACKSON:        What's on the top?

LEAVELLS:     You want to wash your hands?

JACKSON:        Yeah.

                          (Washes hands)

[19:37]

JACKSON:        You all want to holla or something?

HANSBERRY:   I would like, I would like to use the room, though.

JACKSON:        What?

HANSBERRY:   I would like for you to stay in the room.

JACKSON:        Stay in the room?

HANSBERRY:   Yeah.

JACKSON:        Okay, uh, yeah.

HANSBERRY:   I only need like five, ten minutes.

JACKSON:        Yeah, let me talk to him.

HANSBERRY:   Go ahead.

JACKSON:        Oh no, I'm good.  I'm good.  (Laughs)

0722A_010

HANSBERRY: Having a girl in here, I'm like, god damn, ain't that something, the look on my face.

JACKSON: No, no, uh-huh. That's people.

HANSBERRY: How about for your agent?

JACKSON: Listen, check this out, uh, just like I told you, you might be good in a couple of days. They supposed to have uh, a hundred fifty birds coming in, and, uh, my man supposed to have like, uh, two-thousand pounds of weed, and, uh, they got caught on the border, fifty, so he only might have fifty birds. But about, uh, four to ten birds are raw. Niggers' got shit right now. Shit happened the other night, too, you see what I'm trying to say? But I ain't been around them people and that's why people don't think. See, it ain't the thing about it, it's the thing about it if you gonna put your, if I'm putting my life out on the line, I just, and any man in this room, you put your family at the higher road. You see what I'm trying to say? I, I can do me, you know what I'm trying to say? It's just the thing about if people are acting funny or just trying to keep you around, you know what I mean? To keep a close eye on you but like I just told him, I ain't talked to these people in four days. So my life is like, been switched all the way around, from being out at night, can't trust it at night, you know what I'm trying to say? Now, you could go in but see at the same time because, you know, I'm homebody but I'm out, you see what I'm saying?

[21:32]

HANSBERRY: Right.

JACKSON: But I ain't going to be no fool just to be out there no more. You see what I'm saying?

HANSBERRY: Yeah.

JACKSON: So, it switched the whole character of myself, as far as me being plugged in, man, I'm gonna try and tell you. You all guys, you got a Christmas gift right here. I know everybody. I ain't the brothers, I ain't, it ain't the brothers. And like I told you all before I don't get down with the brothers. The brothers ain't making it. If you going to hit, all that's going to be major, major hits, it ain't going to none of that lightweight hit, you know what I'm saying? Like I showed you then, you know what I'm saying? But the people was waiting, they called my man and was waiting to bring in a load. Because a load was supposed to be there right after that money hit, do you see what I'm saying? But they held it up 'cause they, now they visual just to see what's what. But at the same time, or

0722A_011

seeing who break or who bend or who what, but at the same time you got to understand, I'm putting myself there, anything can happen. These ain't five and dime people, this the Cartel. Everything gonna be sent. They hit a load, another one coming in. So, all they doing is now they just adjusting their self to bring them hundred and fifty in. But soon as they bring in the hundred fifty in, they supposed to. There's a warehouse that I know is, uh, off Livernois but then they went and got another one, you see what I'm saying? So, I'm not trying, like I told him, I don't try to force myself. If you just keep acting like, well, where's this set up, where's that at? You know what I'm saying? I don't want to, I'm already in. I'm already in.

HANSBERRY:   They'll tell you eventually.

JACKSON:   So, it ain't about that, I got a Cuban that's around here. And it's going to have one, two, three in. One, two, and three, that's what I'm talking about, you know I, believe it or not I saw him before I even got here. He called me and just told me, you know, da, da, da, da, da, da, da. Okay, shoot, but now you just got to wait to come in. At the same time, I might have to take some and buy something that you can hit the whole shipment with him. You got to hit the whole shipment with them. They gonna have it, they're hands on. If you buy so many they'll have it here in nine hours but you got to cash out.

HANSBERRY:   All right, let me, let me, get in here for a minute. All right, back all the way up. The money, it legal?

JACKSON:   Right.

HANSBERRY:   All right. You can put it in a bank account if you want to.

JACKSON:   Right.

HANSBERRY:   Can't nobody say nothing to you about it.

JACKSON:   Right.

HANSBERRY:   Only thing that it is not tax free.

JACKSON:   Right.

HANSBERRY:   So, if you put it in a bank, IRS is going to want their piece.

JACKSON:   Okay.

HANSBERRY:   That's one, alright? Two, just like you said, you know, just like you said that uh, you a Christmas gift, look, we, I appreciate what you did, I think you the

0722A_012

real deal.  Alright, I push for this money, you know, whether you know it or not, this is a record.  It usually take, we got somebody who got, what ten kilos and a couple hundred thousand.  It took them six months to get ten grand.  So the amount of money that I got you, in the amount of time I got you, man, it was a record because I thought you was the real deal.  Now I say that to say this, I want to make sure your cousin, and the, and the other female was here, she don't work, she works in the office.

JACKSON:      Okay.

HANSBERRY:   She didn't have nothing important to do so I had to make sure they'd gone. Things going to get better for you now too.  Because I had to do it this way to make sure you wasn't the feds, to make sure you wasn't with the FBI, the DEA, setting me up.  Are you, you can, I ain't got no problem giving it to you shit off the top.

JACKSON:      Right.

HANSBERRY:   Not because I know you were the real deal now.

JACKSON:      Right.

HANSBERRY:   But I had to cover myself, do you understand what I'm saying? First go around the first hit.

JACKSON:      Right.

HANSBERRY:   I couldn't take that chance.

JACKSON:      Right.

HANSBERRY:   I show up, I show up somewhere with a bag and five-hundred grand, you know, now there ain't no red tape before and I ain't got to ask the Chief for no money. You know I ain't got to ask, ask, the Deputy Chief for no money, you know, me and you will work out I tell you, you know, Art will tell you what it is, we'll work out a percentage and you will see me, you know, you'll hear from us, soon.  You know, I ain't, you ain't got to do no paperwork and all that, you know, we'll put you in for something on the back end just to make it look good. Twenty, thirty thousand.

JACKSON:      Okay.

HANSBERRY:   Just to make it look all on the up and up.  But this gonna work both ways.  I say that to say, I like, don't get me wrong, one-hundred kilos is great.  Million, million dollar pops is better.

0722A_013

JACKSON:      Oh. Okay, okay.

HANSBERRY:    You see what I'm saying?  A, a, a hundred kilos all day long, I'll take that, don't get me wrong.  One hundred kilos, four-thousand pounds, all that, I'll take all that.  But it's like this: money ...

JACKSON:      Yeah, that's, yeah.

HANSBERRY:    ...talks and that's with everybody earned though.  That's the Chief, look, the Chief, my boss, everybody want the money 'cause you know what we gonna do with the hundred kilos, burn it.  Four or five months go by, trial go by, whatever happen, they're going to take it and throw it in the incinerator.  But that money go back to the City, it buy equipment, you know what I mean, it pay overtime, so, we want that money.  But I'm just telling you, you meet me, you'll probably never get a chance to see me again.

JACKSON:      Mm-hmm.

HANSBERRY:    You know, you know 'cause if we, if we hit again big there's probably going to be, you know, a brown paper bag style, you won't have to deal with me.

JACKSON:      Good.

HANSBERRY:    You know, but since I'm, since I'm dealing with you now, just let me say this, since I'm getting a face to face with you 'cause you probably won't see me no more, is the money is where it's at.

JACKSON:      Okay.

HANSBERRY:    You know if you could do the money pop, that's where it's at.  You know, I know things change but if I don't give a fuck if we let, you know, I'm, I'm in this for the long haul.  You got to let two or three more loads get out here successfully.

JACKSON:      Okay.

HANSBERRY:    You know, then we get one on the fourth one.

JACKSON:      Okay.

HANSBERRY:    That's fine, you don't even have to wire us up on that.

JACKSON:      Alright.

HANSBERRY:    ...you know, go do your thing, boom, boom, boom, clean yourself, you know what I mean, and when that fourth one come, and then, you know, we can, we

0722A_014

can all, you could be a millionaire doing this. There ain't no doubt in my mind. You could be a millionaire doing this. Now the problem I got, I'm just gonna be honest with you. You seem like a smart dude, you got you well connected, I know you don't get to the level you at in the game being no dummy, I know that. But this is the issue I got with the birds. You get popped with two birds, if you give up a dirty cop you gonna get out of jail free. You understand what I'm saying?

JACKSON:       Mm-hmm.

HANSBERRY:  I mean it's just that simple. That's the, that's the reality of it. And this is the shit people don't talk about, and this the shit how I've seen a lot of police officers, a lot of Feds, all that, get their careers ended because they, they didn't talk about this. This is the reality of it. If I hit a hundred birds, and I'm, boom, it's all good, unless you get popped with one.

JACKSON:       Oh, okay.

HANSBERRY:  Then if you get popped with one, now I got to be worried about, is you gonna(Unintelligible) guarantee this.

JACKSON:       Oh.

WATSON:        We everybody's get out of jail free card.

HANSBERRY:  You know, that what I'm saying.

JACKSON:       Yeah. But that's what I, that's what, see, okay, so what was you saying, what was you saying then? He, he was like, you know I got to be in it but I'm not the one to be holding, put it like that, I know.

HANSBERRY:  Oh, I, I, didn't say you can't be in it.

JACKSON:       Yeah.

HANSBERRY:  But I can't give it to you.

JACKSON:       Okay, alright, you're good.

HANSBERRY:  No, do what you, do what you, it's all good.

JACKSON:       Oh, okay.

HANSBERRY:  I'm gonna tell you something. As good as this gonna work out for me it's going to work out as good for you. 'Cause if you get popped, I'll get you. I'll come get you.

0722A_015

JACKSON:        Okay.

HANSBERRY:  If you work for me you got my number.

JACKSON:        Yeah.

HANSBERRY:  You get popped, you out here making moves, you get popped, I'll come get you.

JACKSON:        Right.

HANSBERRY:  I'll come get you off your case.  You ain't got to worry about that.  Now don't be out in the suburbs or doing, doing all that money.

JACKSON:        No.

HANSBERRY:  You know, all that, bringing other people into it.

JACKSON:        Yeah, I already know.

HANSBERRY:  But if you right there in the City and you, you know, moving and shaking, you making shit happen, I'll be coming to get you, that's another benefit for working with us.  All right, 'cause I'm just gonna be straight up with you.  I'm looking for the money seizure again.

JACKSON:        Okay.

HANSBERRY:  All right?  I'm looking for the money seizure again, and also, it will be locked, while we got their attention, see I got the Chief attention like. I mean, the, the Chief was running into my guys, man, or, and the Deputy Chiefs were running into my guys coming off the elevator, asking about you, "Hey, man, my man get his money yet?" You got his attention.  You got their attention right now.  The faster we can put them on deck, we see the money coming right to us.

*29:27 telephone rings*

HANSBERRY:  My man turn around.  You do everything I tell you.

JACKSON:        Call you back.

WATSON:         Saw him in the elevator, flat out, he was like, you get my man his yet, I'm like only you can make me good, I'd of made it happen.  The commander got on the phone and that's when I told you boom.

JACKSON:        Right.

0722A_016

WATSON:  I sent it to you, but this is, this is, I'm gonna be honest, like he said, this is record time.

HANSBERRY:  You know we trying to get rid of the red tape.  You bring me the money, I'm telling you right now, you get, you hearing it right from me, there ain't no follow up conversations, ain't no let me talk to my boss,...

*30:12 telephone rings*

HANSBERRY:  ...you hearing it right from me.  You bring me the money, we going to get rid of the red tape.  That's gonna be my, my, you do that for me, ...

*30:20 BW answers telephone*

WATSON:  What's up, Gambler?

HANSBERRY:  ... you bring the money to me and I'll get rid of the red tape for you.  All right?

JACKSON:  That's good shit.  Good 'cause I ...

*One sided phone conversation*

WATSON:  Hold on, we got to, we got to meet up here, uh, they just tried to get Jackson.

HANSBERRY:  Who?

WATSON:  Uh, uh, Gambler (phonetic). (Pause)  On Westville? Westville and what? (Pause)

HANSBERRY:  What they do?  They fire shots or anything?

WATSON:  Did they fire any shots?

HANSBERRY:  No, did they fire shots?

WATSON:  Did you all fire any shots? (Pause) No shots fired, so far they got two in custody. (Pause) Okay.

HANSBERRY:  Is a scout car coming?

WATSON:  They got a boost, you all got a booster with you right now?

HANSBERRY:  They arresting the guys? (unintelligible) everything?

WATSON:  They got, they all got two people in custody? (Pause) Okay, we, we'll be there.

HANSBERRY:  Just tell them let them take the guys into the, uh, station.

WATSON:       Go take them to the station and we on our way.  We way out but we're on our way.  All right?

HANSBERRY:    What sta, what precinct?

WATSON:       All right, okay, what precinct you all going to?  What precinct? Oh, he gone but he called my like, (breathing heavy).

              31:25 telephone conversation ends

JACKSON:      Oh, somebody got shot?

WATSON:       No, we good.  He just got a little hyper.

HANSBERRY:    Um, I already told you, I mean shit.

UM1:          Yeah, yeah.

HANSBERRY:    Won't have no contact, um.  If you bring that money we'll get rid of the red tape.  Now, I'm making that offer for you because I'm just going to be honest with you, man.  With the dope, maybe, maybe once we get better relationship, maybe after three or four, you know what I mean, hits, you know, we get, you know, a relationship and I can, really, really, really know who you are, then maybe we could work something on the back end, but I'm not so inclined to do that.  Because I know as long as you're not holding nothing, as long as it's all good, and you ain't getting caught, you making money, we good.  But you know, shit, two bricks is life.

JACKSON:      You know how long I been out here, man?

HANSBERRY:    How long?

JACKSON:      Chh, yeah.

HANSBERRY:    How long?

JACKSON:      I've been out here for a while so it ain't, it ain't, it ain't about it being a dummy.  All money ain't good money and then you just looking.  But, you know, avoiding the situation and being that type of guy, man, I, I know everybody, bro.

HANSBERRY:    But listen to what I'm saying.

JACKSON:      Everybody.

HANSBERRY:    Listen to what I'm saying.

0722A_018

JACKSON:       Yeah.

HANSBERRY:   I ain't telling you to stop doing what you doing.

JACKSON:       Yeah.

HANSBERRY:   I need you to do what you do.

JACKSON:       Right.

HANSBERRY:   What I'm saying is simply is if I have one hundred bricks, and I find ninety-eight, do you understand what I'm saying?  Or, I find ninety-five, you may get a call saying, hey, look, there's supposed to be a hundred here, all I found was ninety-five.

JACKSON:       Right.

HANSBERRY:   And that's the only information you're going to get from me.

JACKSON:       Okay.

HANSBERRY:   Now, everything else from here you got to make happen.

JACKSON:       Okay.

HANSBERRY:   You know, if you say it's supposed to be a hundred, you know it's supposed to be a hundred, and I say, hey, I found ninety-five, good job, we found ninety-five.

JACKSON:       Okay, my man.

HANSBERRY:   I can't bring you, I can't . .

JACKSON:       Okay.

HANSBERRY:   ... back for you.  Do you understand what I'm saying?

JACKSON:       Yeah.

HANSBERRY:   But if I'm saying, hey, I only found ninety-five,

*33:05 telephone rings*

JACKSON:       Right.

HANSBERRY:   You know, maybe somebody threw it in a dumpster, you know.  You understand what I'm saying?

JACKSON:      Right.

*GJ answers telephone*

JACKSON:      Call you back, man.  All right?  All right, man.

HANSBERRY:  We still short back at the precinct.  All they have to do is put it in their reports. Uh, real quick 'cause I'm gonna finish up and I'm gonna go ahead and let you holler at Bullet, um, can you do anything for me this week?  Just something little.  I don't need no big kilos, can you put me on to it, 'cause I still got to have.

JACKSON:      Huh?

WATSON:      Check it one more time because I thought I heard it echoing.

JACKSON:      No, uh, it's good. When they shut it they ...

HANSBERRY:  'Cause I still got to have investigations going.  You know, even though you, you know, my prize bull, I still need to have ...

JACKSON:      That's, that's the only one thing, man.  I'm just being honest.  Man to man, like you said you going to be straight up.

HANSBERRY:  Right.

JACKSON:      I just ain't gonna do no brothers.  Just, the brothers, I just don't do the brothers. I don't, I don't, I'm gonna try to tell you, then, then this is the whole reason why I do what I do.

HANSBERRY:  You just put me on to a guy with the brick.

JACKSON:      Listen.

HANSBERRY:  That's why I don't play, I don't do it.

JACKSON:      Listen, check this out, this the whole, this the whole problem with that, this the whole problem with that.  This paper that I signed, I ain't snitching.  This power moves.  Power moves against the people who puts it down here, use our people, have us bickering, ain't brought this goddamn ticket down, this ticket been up for goddamn three years.  These mother fuckers don't want it to come down. They get the mother fuckers at AZ for twenty-two eighteen, four-thousand in Panama, fourteen, ten-thousand dollars in, uh, Virgin Islands from, coming from Jamaica to get here.  Bro, I'm so plugged in, I'll call right now and call to Jamaica right now and they can tell me what they want to do and put them kilos in Virgin Islands, right now, off this phone right here, right now. So, it's nothing

0722A_020

that I want to joke with but at the same time, they ain't bringing it over here. Them brothers ain't, man, it's hard.  They making their money, it's hard, they trying to keep everybody working, but see, the whole thing is, them esse's over there feuding, at the same time they keeping everything up.  What they doing for us?  They keeping us up feuding over a couple of dollars.

HANSBERRY:   I, I appreciate that.  I appreciate that one-hundred percent.  You, you enjoy working with me, right?

JACKSON:   Yeah.

HANSBERRY:   I deliver, right?

JACKSON:   Right.

HANSBERRY:   For me to keep my job, I got to put numbers on the board.  So, if you put, if you give me numbers, that ensures that I'm going to be sitting in this seat where I can reach out and help you.

JACKSON:   Yeah, yeah.

HANSBERRY:   So, what I'm saying is, two, two millions dollars is good but three weeks later they looking for my next deal.

JACKSON:   Right.

HANSBERRY:   You understand what I'm saying? These, the mother fuckers' we dealing with too.

JACKSON:   Right.

HANSBERRY:   You know the Cartel, mother fuckers, then exactly...

JACKSON:   (Laughs)

HANSBERRY:   ... hey, they the same thing.

JACKSON:   Yeah.

HANSBERRY:   They're the same thing, just on a different scale, it's a dirty game on both sides.

WATSON:   Let me give you the ...

HANSBERRY:   Don't take shit for my boss to walk in on me, two weeks from now, I be like, hey, my man, we paid that two-hundred fifty thousand, what he doing?  You know what I mean?  They're mother fuckers too.

0722A_021

LEAVELLS:      How about that heroin deal you was talking about?

JACKSON:       That, that, I told you, that's with the one, two, three. One, two, three are coming in.

HANSBERRY:     If they're your people man, if they're your people, if they're your people, just say, hey, look, Curly, this my guy don't do him.  I'm gonna go and get his work, I'm all over it.

LEAVELLS:      You'll get that bird.

HANSBERRY:     I'm not going to put him in the court system and that's my word.  But I need that seizure.  I'll go in there and get his bird, give him two birds, he'll be all right.

UM1:           Look, man.

HANSBERRY:     Don't give me nobody who can't bounce back but if you got a guy who can bounce back, you know, then we going to be straight, give me his bird. If you say this my man, don't do him, that's it, I ain't gonna do him.  And that, that's my word.

LEAVELLS:      In other words he just saying he wants the dough.

HANSBERRY:     But I need them seizures, man.

LEAVELLS:      But we ain't going to lock them up.

HANSBERRY:     But I need them seizures.

JACKSON:       Oh.

HANSBERRY:     This is a power move.

UM1:           And that's what you should do too.

JACKSON:       Uh-huh.

HANSBERRY:     The shit that was going on between me and you, a power move.  It's a power move. You put that money on the table, I'm gonna, I'm a, you will be gone. You get me a good year whirl, you keep, you put, two or three million dollars on the table, you gonna be able to live anywhere you want to live.

WATSON:        It ain't the (unintelligible) too.

HANSBERRY:     You know what I'm saying?  So, you know, I'm just saying, man, for me to keep this position, 'cause they can get rid of me too.  You might have the

0722A_022

sweetest deal going, with this hook-up, but they might come in and say, hey, man, you ain't been bringin' no shit in, so it's time for you to go. You know, we bring another guy in. And now your connect gone. Like your plug gone. I'm a plug too. You know, I'm the best plug.

UM1:           Right.

HANSBERRY:     You get popped with a brick ain't nobody comin' to get you but me. Who can offer you that?

JACKSON:       Yeah, you're right. I, that's what he was telling me.

WATSON:        You see what he's saying?

HANSBERRY:     Who can offer you that?

WATSON:        I already told you.

HANSBERRY:     I need, I need, you to make me look good. I mean that's man to man.

JACKSON:       Right.

HANSBERRY:     I need to look good, I need to be able to sit in this seat I'm sittin' in, so I can do the things for you. And, that's real talk.

JACKSON:       Oh, it probably have to be off the walll mother fucker.

WATSON:        That's right. That's basically, you know, what he said in a nutshell and I'll say. I already told you that. At the height of my game out here, I got removed. It's killing me starting grinding from the bottom, knowing I got a relationship with a man I'm looking at face to face, that can put me right back up there. I ain't trying to hit that, flip that, that, uh, ounce guy, that big guy, that half guy, to end up getting to the guy that you talking about anyway.

HANSBERRY:     What are you talking about (unintelligible)?

WATSON:        Because you know I right there eventually anyway. 'Cause you know everybody so eventually whoever I get you gonna know. I just want this for the paying, I ain't never cared about putting a brother in jail. I just want to, I just want my seizure so I can tell the department, look what we got, look at this bread we found on him ...

HANSBERRY:     Uh-huh.

WATSON:        ... look at this man we got, and he rolled him right out the back door. They don't care, as long as we get this. When I grind here, what you think I'm doin'

with all them little fishes anyway, throwing them back, throwing them back.  If you get me somebody big, I throw them back.  Get me somebody bigger, throw them back.

LEAVELLS:       So, basically, like if he, if they got like a, a bird in there or something, you know what I'm saying, we can let the person go.  We just want the work.

JACKSON:        I probably help you with your ride, probably when they fucking riding, driving, you just have to probably flick them instead of, 'cause then, you know, instead of hitting the houses.

UM1:            Probably, 'cause I don't even get.

HANSBERRY:      You know the departments or something like that.

JACKSON:        Yeah, I know where the departments at and all that shit.

UM1:            Well, we got some nosy sailors that in this department, we just shoot it through the ...

UM3:            He be knowing all them guys.

JACKSON:        Ex-Marines.

HANSBERRY:      But, uh, just go in and have, we took, they trying to get the precinct, right? They lock them up, right?

UM1:            Yeah, they be calling me like it was going down.


(DH talking on the phone)

HANSBERRY:      Go ahead and something and go head them to the precinct and drop that source off and go (unintelligible).

JACKSON:        But, my man, I told you I just saw my man before I even came over here.  But there something going on but it ain't choose and choose but I, shit, I saw a new Cartel yesterday.  They brought him up here from New York.  Mother fucker owed money.

LEAVELLS:       Mm-hmm.

JACKSON:        They send mother fuckers up here to holler, but they didn't holler, they just wanted to talk.  Told that mother fucker this, the don wants to talk to you, no shit.  They brought some mother fucker, got away with, uh, forty, fifty birds.

They sent some mother fuckers' from New York down in this bitch. Like, to holler and see where he's at, come right there, you see what I'm trying to say? So, at the same time, you know, he might want to give them mother fuckers' up. And if they come, they coming too, they'll send one-hundred, one-hundred fifty, don't you see what I'm saying? So, mother fuckers' gonna feel confident just talking to me, you know what I mean? Then you put one and two together. Like I said, them esse's or the mother fucking (unintelligible), I ain't got no love for them, you do what you want to. Like I said, that car that you all pulled over, that was under the Cartel, they got them a PT Cruiser, one of the head ones. They was following that money.

HANSBERRY: Mm-hmm.

JACKSON: That's why I say, all that's on me. You see what I'm trying to say? They see me face to face and you know what I'm saying? But at the same time, shit, right over there off Michigan, Livernois, ...

UM1: Yeah.

JACKSON: ...ShhPow! If you all could blow up that neighborhood you'd be a bad mother fucker. But that's, that's your pipeline.

HANSBERRY: Mm-hmm.

UM1: Oh yeah, for sure.

JACKSON: You dig what I mean, that's your pipeline. And then I even found they got some shit, uh, I ain't gonna say it 'cause I don't know what to say, I just wait 'til I find out, you know what I mean?

HANSBERRY: Show us the money.

JACKSON: That's what I'm saying. They got to get the shit back in for them on that line but like I say, you saying the money but that's what I'm saying. It got to be sold first.

HANSBERRY: I'm cool.

JACKSON: It got to be sold first.

HANSBERRY: My priority, we interested in the money.

JACKSON: That's why I did it the way I did it the first time. You all could have had that but I didn't want nobody, uh, it would have been like, the Cartel against the blacks. All the blacks get out of jail and the Cartel in there then you tell on them. Who

0722A_025

you think they coming to get? You see what I mean? If you care about that, that's why I did it the way is just to get the fucking money.

HANSBERRY: Well, you can throw me, I'm just gonna say and then I leave it alone. You can throw me a bird or two, every now or then.

JACKSON: Yeah.

HANSBERRY: And you tell me don't do your guy, I ain't going to do your guy. But if, if I can get the seizures, man, they make me look good and keep me in my job, keep me here. And if I'm in this position and I can do both, all right?

JACKSON: Right.

HANSBERRY: And that's my word. But my priorities, let me make it crystal clear, I'm looking for that money seizure again. If you can, you know, if you got to watch it a couple of times, you got to, you know, you got to go back up there and do, I guarantee you, you ain't gonna get hit no more. You know, shit, I guarantee you that, so you say, you can set it up right there again it ain't gonna be hit no more. That all for now.

JACKSON: Hmm. Shit, what you doing is, yeah, that was over with.

HANSBERRY: Mm-hmm.

JACKSON: You see what I'm trying to say but then you didn't have to enter it, you see what I'm saying?

HANSBERRY: Mm-hmm.

JACKSON: But like I said, there's a new one off Livernois and then they putting the one together, I just got to find out where this one's at. There's one in Dearborn, ...

HANSBERRY: Are they going to let you .. .

JACKSON: ... but I don't know if you all can cross into Dearborn and do that.

UM1: Absolutely yeah.

JACKSON: Oh, you all can go in there?

UM1: Yeah.

HANSBERRY: Are they going to let you, you can really, you can really, they gonna let you close again?

UM1: That's the one off of Wyoming they can get it off that.

HANSBERRY:   Okay. Make sure you ...

JACKSON:   I ain't been talking, you know they think I got a attitude.

HANSBERRY:   You know what to do.

JACKSON:   Yeah, I, that's me.  You know what I'm trying, I'm already in there, look bro, I can, you know what I mean, and I could step back and nobody ain't going to say nothing, you see what I'm trying to say.

WATSON:   Plus now you also, I ain't saying you wasn't in the first place.  You know, like there's talk always anyway.

JACKSON:   Oh, no, that's, that's nothing.  Guess what?  You don't got to use that with them, that's nothing.

HANSBERRY:   No, no, they don't care about you.

JACKSON:   You, buy, why would you put your money in ...

HANSBERRY:   Right.

JACKSON:   ...that's to look like...

HANSBERRY:   They gonna front you but they don't see you.

JACKSON:   ... Henry Ford telling the dealership like, you got to pay me for these cars, you ain't got to pay, not if they ain't making them.

HANSBERRY:   What's your cousin's name?  We got, I got to have that.

JACKSON:   Uh, Sue, just put Lynn, her name's Lynn.

HANSBERRY:   I want her real name.

JACKSON:   I don't, Sue be her last name.

UM1:   Does she go by Sue?

JACKSON:   Come on, yeah, she set, she right down there.

UM1:   I got to ask you for it.

HANSBERRY:   I got to have her real name, man.

JACKSON:   You can get her badge too, what you need it?

UM1:   I don't need her badge, you know that's it.  I just got to keep records.

0722A_027

HANSBERRY: Um, you straight? You want me just to follow you, you gonna wear it down like that?

JACKSON: No, that, we good. That's why I got her.

*43:45 telephone rings*

JACKSON: You know what I'm trying to say?

HANSBERRY: Okay.

JACKSON: Use it for her whatever I got to do, you know what I'm saying? That's the whole thing.

HANSBERRY: All right, man, uh, what you say you got a book this week? Unless you take a look at some inventory.

UM1: No, we can, uh, be leave unless you want to kick it with it for a minute.

LEAVELLS: You, uh, you, uh, this week you said, right?

JACKSON: Yeah.

HANSBERRY: Was this straight for you, man?

*44:01 telephone rings*

HANSBERRY: Be honest with me.

JACKSON: Shit, hell no. Shit, fuck no. You know what I'm... listening! I'm a try to tell you 'cause when people got to look, if I wanted to look out for somebody I'm just, okay, we're all here right now. I ain't worried about the damn phone ringing. Listen, we all here right now. Buying a new crib, I got to sell my old crib, buying a new crib, moving your family, and then you going to ATL. Yeah, I saw a nice one on there. That's one twenty-five. Five bedrooms, three and a half in-ground pool that you walk in, screened house out there, and that's on a quick sale, short sale foreclosure. Then, after you put a couple of dollars into it, where you at? What, what you, you see what I'm trying to say? Then if you got to look out or trying to look out for him, man, where is that?

HANSBERRY: All right, so, I say this.

JACKSON: You, you, know what I'm trying, I was looking for that four-twenty, I was looking for the five hundred.

0722A_028

HANSBERRY: Okay. Well, I'm going to tell it to you like this. Next time it go down, you'll have it.

JACKSON: My man.

HANSBERRY: And there ain't going to be no red tape.

JACKSON: Good. 'Cause, I, man.

WATSON: And you, you have to imagine, I mean, I'm just, that's the only thing I was gonna say.

*45:16 Cell phone rings*

WATSON: I been, I probably want, to be honest with you, I kind of tired of it, you can put that little bit on me, 'cause going through shit, I kind of was like whoa, whoa, whoa, whoa. (unintelligible)

JACKSON: I call you back.

HANSBERRY: (unintelligible) too.

JACKSON: Goddamn, kids, everything.

WATSON: You know what I'm saying? He was with it, he was with it.

JACKSON: Yeah.

WATSON: But like I said, I'm the one who's been in the fire for a minute so I had to be the voice of reason but now we see we're on the same thing.

JACKSON: Yeah, man, make it happen man 'cause look, so when I put that sweet ass deal down, that was the whole thing like, what I tell you? I'm gonna put it on a silver platter. What I do? Put that mug on a silver platter, you do what you want to do.

WATSON: I just want you to know your man was always one hundred (unintelligible), I just had to make sure that...

JACKSON: I know.

HANSBERRY: The dope gamers are dirty, has four angles, you know what I'm saying? Everybody's playin' somebody.

JACKSON: Right.

0722A_029

HANSBERRY: So, in order for everybody to keep on the up and up, you know, two-hundred fifty thousand better than nothing.

JACKSON: That's what I said, I was tired of saying, well, when I read the paper, did you see my face? Shit! You see what I mean, like you say, power move, that's the whole reason, you know what I'm trying to say, like you said, I could have got six niggers, grab all that.

UM1: Yeah, no question.

JACKSON: I didn't have to pop nobody. They coming in with a four-five and a thirty-eight they having and that.

UM1: They would have given us moves.

JACKSON: (Laughs)

HANSBERRY: They would have done that with a toy gun, he'd have gave it up.

JACKSON: No, but, no, but see all of them was there. See they didn't enter through the front. I told you, they entered through the back. All of them was, had their cars inside their little fenced in thing.

HANSBERRY: But just look at it like this. You started a relation, you made a, made a business relationship.

JACKSON: Right.

HANSBERRY: I mean you made a business connection, a business relationship that, let's look at the longevity of it.

JACKSON: Yeah, that's what I did.

HANSBERRY: I'm talking about now.

JACKSON: Yeah, that's what I did.

HANSBERRY: I tell you right now, you Curly's man, really likes you a lot, we don't got to do this no more.

JACKSON: Okay.

HANSBERRY: We don't got to do this no more. We might just do it to make you look good, we do thirty grand, forty grand, but you already have it with you .

JACKSON: UM, my man, that's all.

0722A_030

HANSBERRY:   We don't have to do this no more.  Just bring it to me.

JACKSON:   All right.

HANSBERRY:   You about to put that money on a silver platter for me, yeah you're good.

JACKSON:   Oh shit. You think, look, you make it, it going to happen.

HANSBERRY:   All right my man, so.

JACKSON:   You know.

HANSBERRY:   Okay, you be safe man.

JACKSON:   I am.

HANSBERRY:   Thanks man, I appreciate your work, man.

JACKSON:   All right.

HANSBERRY:   See you.

JACKSON:   I'm gonna help you out.

HANSBERRY:   All right, my man.

WATSON:   All right, we going to that other place. (unintelligible)

JACKSON:   Oh, I ...

HANSBERRY:   You want to shake at the table man before we open this door?  So nobody be walking past this shit.

JACKSON:   I ain't worried about that shit, I ain't worried.

HANSBERRY:   Okay.

WATSON:   I'll show you how to make sure you make that other one happen.

JACKSON:   All right.

UM3:   So, this week, right?

JACKSON:   Yeah.  Okay.

WATSON:   He has so many people you don't have to worry about tipping the dealer.

JACKSON:   Thanks, look it, I swear man you all be pissing, man, lay off me, man.

0722A_031

WATSON:      Everybody know you.  If you ride off when we get that bull, I would come at you next, like you just had a dummy that's wrapped, I mean it looks like you had ten, we're going to get a ten but the ten ain't gonna be real, you just got to make em up.  So, it will look like you got popped fucking with them, not you fucked them over.  I'll show you how to do that.

JACKSON:      Okay.

WATSON:      Are you getting what I'm saying?

JACKSON:      I got you.

WATSON:      All right.

JACKSON:      All right, man.

LEAVELLS:      All right.  Take care, buddy.

JACKSON:      All right, thanks man.

LEAVELLS:      Yep, careful.

JACKSON:      Where she at? Where she at?

LEAVELLS:      I know you make it happen.

JACKSON:      All right.  Hey, listen, Sue?

LEAVELLS:      We're good.

JACKSON:      Oh, you're good.  All right.

LEAVELLS:      All right.  (unintelligible).

JACKSON:      Okay.

*end of conversation (48:39)

0722A_032