UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>v.<br><br>BRYAN WATSON,<br><br>　　　　Defendant/Petitioner.<br>_____/ | Criminal Case No. 2:15-cr-20217-2<br>Civil Case No. 2:20-cv-12548<br><br>HONORABLE STEPHEN J. MURPHY, III |

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated June 23, 2021, Defendant/Petitioner's claims are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　BY: s/ D. Parker
　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: June 23, 2021

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2021, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　　　s/ David P. Parker
　　　　　　　　　　　　　　　　　　Case Manager